CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6748
savith.iyengar@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BLOCKQUOTE INC., <br><br> Plaintiff-Relator, <br><br> v. <br><br> INNODISK CORPORATION, USA, <br><br> Defendant. | Case No. 3:24-cv-02949-WHO <br><br> **JOIN STIPULATION OF DISMISSAL;** ~~**[PROPOSED]**~~ **ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all of the terms and conditions of the settlement agreement among the United States of America ("United States"), Relator Blockquote, Inc. ("Relator"), and Defendant Innodisk Corporation USA ("Innodisk"), effective April 20, 2026 ("Settlement Agreement"), the United States and Relator hereby stipulate, through their undersigned counsel, to the voluntary dismissal of this civil action.  Consistent with the terms of the Settlement Agreement, the Court retains jurisdiction over any disputes that may arise relating to compliance with the Settlement Agreement.

IT IS SO STIPULATED.

///

///

JOINT STIPULATION OF DISMISSAL; ~~[PROPOSED]~~ ORDER
NO. 3:24-cv-02949-WHO                                    1

DATED:  June 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorneys for the United States of America

DATED:  June 25, 2026

KESSENICK GAMMA LLP

***/s/ Leah Judge*
LEAH JUDGE

Attorneys for Relator

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of this document has obtained approval from this signatory.

JOINT STIPULATION OF DISMISSAL; [PROPOSED] ORDER
NO. 3:24-cv-02949-WHO                                    2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Court directs the Clerk to close this case pursuant to the parties' Settlement Agreement.

IT IS SO ORDERED.

DATED: June 25, 2026

HON. WILLIAM H. ORRICK
United States District Judge